# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION
www.flmb.uscourts.gov

In re:  Case No. 2:24-bk-01682-FMR
Chapter 13

William Gene Neal
Dawn Renee Neal

    Debtor(s).
_____/

**TRUSTEE'S CONSENT TO DEBTORS' MOTION TO MODIFY CONFIRMED PLAN**

    COMES NOW, DARYL J. SMITH, the Chapter 13 Standing Trustee, by and through his undersigned attorney, and after a review of the previously filed Debtors' Motion to Modify Confirmed Plan (Doc. No. 38) and the Trustee's records:

    1.    The Trustee consents to the Debtors' Motion to Modify Confirmed Plan as provided herein.

    2.    The Trustee requests his office be allowed to prepare the order.
.

    /s/ Kimberly McIntyre
    Kimberly McIntyre, Esquire
    Staff Attorney for Chapter 13 Trustee
    Florida Bar #14123
    Post Office Box 25001
    Bradenton, Florida 34206-5001
    Phone    (941) 747-4644
    Facsimile   (941) 750-9266

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing Trustee's Consent to the Debtors' Motion to Modify Confirmed Plan was furnished electronically by CM/ECF services and/or by U.S. Mail to **William Gene Neal and Dawn Renee Neal**, Debtors, 275 SW 6th St. Unit 2008, Miami, FL 33130 and **Carmen Dellutri, Esquire**, Attorney for Debtors, c/o The Dellutri Law Group, PA, 1436 Royal Palm Square Blvd., Fort Myers, FL 33919 on this 3rd day of November 2025.

    /s/ Kimberly McIntyre
    Kimberly McIntyre, Esquire

DJS/KRM/ss