ORDERED.

Dated: November 24, 2025

_Luis E. Rivera II_
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 2:24-bk-01682-FMR |
| | Chapter 13 |
| William Gene Neal | |
| Dawn Renee Neal | |
| Debtor(s). | |
| _____/ | |

### ORDER GRANTING DEBTORS' MOTION TO MODIFY CONFIRMED PLAN

THIS MATTER came on for consideration for the purpose of the entry of an appropriate Order in the above-styled Chapter 13 case upon the Debtors' Motion to Modify Confirmed Plan (Doc. No. 38). No party in interest has filed an objection and/or response. The Trustee filed a Consent to Debtors' Motion to Modify Confirmed Plan (Doc. No. 39). Accordingly, it is

**ORDERED:**

1. The Debtors' Motion to Modify Confirmed Plan (Doc. No. 38) is hereby **GRANTED** to the extent provided herein.

2. Pages 10 – 12 of the Order Confirming Plan (Doc. No. 27) as to Exhibit "A" entered on July 8, 2025, is hereby stricken and the following is substituted in lieu thereof:

William Gene Neal and Dawn Renee Neal
Case No.  2:24-bk-01682-FMD

## EXHIBIT A

TOTAL MONTHLY AMOUNT TO BE PAID TO THE CHAPTER 13 TRUSTEE:

| Starting | 11/30/24 | $1,451.00 | for 10 Months |
|---|---|---|---|
| | 09/30/25 | $     0.00 | for   3 Months |
| | 12/30/25 | $2,318.00 | for 47 Months |

Total Plan Length    60    Months

Unless otherwise consented to in writing by the Chapter 13 Trustee or subsequently ordered by the court, in addition to the plan payments set forth above, the Debtor(s) shall turn over to the Trustee all tax refunds beginning with the tax year 2025 and each tax year thereafter during the term of the Plan.  Said refunds must immediately (upon receipt of) be turned over to the Chapter 13 Trustee, in a certified check or money order <u>(Debtor(s) should not sign their IRS Refund Check and send it to the Trustee.  All money sent to the Trustee needs to be in the form of a certified check or money order)</u> made payable to **Daryl J. Smith**, Chapter 13 Trustee, with complete information as to what tax year the refund represents and sent to our payment address, at PO Box 260, Memphis TN 38101-0260.  Additionally, the Debtor(s) must provide complete copies of all tax returns to the Trustee's office no later than April 15th of each year for the preceding year's taxes.

The claim of U.S. Department of Housing and Urban Development (Claim No. 1-1), the claim of Ford Motor Credit Company, LLC (Claim No. 8-1), the claim of PennyMac Loan Services, LLC (Claim No. 10-1), the claim of Suncoast Credit Union (Claim No. 21-1), the claim of Suncoast Credit Union (Claim No. 22-1) and any and all student loan claims filed or to be filed are specifically not dealt with nor affected by the Plan as confirmed and shall be paid by Debtor(s), directly to said creditor(s), outside the confirmed plan.

The lease agreement subject to the claim of creditor, Service Experts Heating Air, is hereby assumed and shall be paid by the Debtor, directly to said creditor, outside the confirmed plan.

**CLAIM #  ALLOWED CLAIM FOR ATTORNEY FEES:**
N/A  Carmen Dellutri, Esquire                                   $   2,500.00 **Total**
($5,000.00 - $2,500.00 = $2,500.00 through the plan)

**ATTORNEY MONITORING FEE:**
N/A  Carmen Dellutri, Esquire                                   $        50.00 **Monthly**

(Paid at $0.00 per month for months (1) thru (8); then $50.00 per month for months (9) through (60)
Note: Monitoring fee ends when the plan completes)

**ALLOWED PRIORITY CLAIM(S):**
3-2  Internal Revenue Service                                   $  20,943.00 **Total**

**MINIMUM DISTRIBUTION ON ALLOWED GENERAL UNSECURED CLAIM(S)**
                                                                     100%

**The following unsecured claims are allowed:**

| Claim # | Creditor | Amount |
|---|---|---|
| 2-1 | Pinnacle Credit Services | $   596.65 |
| 3-2 | Internal Revenue Service | $ 18,523.48 |
| 4-1 | NCB Management Services, Inc. | $  5,165.45 |
| 5-1 | Upstart Network, Inc. | $  1,445.06 |
| 6-1 | Upstart Network, Inc. | $  2,621.33 |
| 9-1 | Jefferson Capital Systems, LLC/One Main Financial | $ 10,619.74 |
| 11-1 | Capital One, NA | $  2,712.61 |
| 12-1 | Capital One, NA | $  4,942.95 |
| 13-1 | Becket & Lee/American Express National Bank | $  8,853.98 |
| 14-1 | Merrick Bank | $  3,501.12 |
| 15-1 | Truist Bank | $  2,503.93 |
| 16-1 | Midland Credit Management/Good Sam | $  3,413.41 |
| 17-1 | Jefferson Capital Systems, LLC/Capital One | $    659.54 |
| 18-1 | Jefferson Capital Systems, LLC/Capital One | $  5,383.27 |
| 19-1 | Resurgent Receivables, LLC/Upstart | $  9,220.15 |
| 20-1 | Vive Financial/Dent A Med | $  4,886.73 |

**ORDER OF DISTRIBUTION:**

1. Adequate protection over life of plan or until creditor is paid in full and allowed Attorney's Fees and Administrative Expenses
2. Secured Balance plus interest over the life of the plan or as otherwise specified.
3. Domestic Support Obligations under $500.00
4. Small Secured creditors-Under $500.00 in balance.
5. Domestic Support Obligations over $500.00
6. Arrearages
7. Other Priority Creditors and Pro-Rata Distribution to Unsecured Creditors

**OTHER CLAIMS:**

**The following claims are hereby allowed, however, the Trustee shall not make any distribution upon such claims:**

| | |
|---|---|
| 1-1 | US Department of Housing and Urban Development |
| 8-1 | Ford Motor Credit Company |
| 10-1 | PennyMac Loan Services, LLC |
| 21-1 | Suncoast Credit Union |
| 22-1 | Suncoast Credit Union |

**Additional Disclosure:**

7-1    US Department of Education – Claim filed in Error

3.    This Court's Order Confirming Plan (Doc. No. 27) entered on July 8, 2025 is modified to the extent provided herein and shall in all other respects remain in full force and effect.

Attorney, Carmen Dellutri, Esquire, is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within 3 days of entry of the order.

DJS/KRM/ss                                                                                                                C13T 11/21/25