**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**
www.flmb.uscourts.gov

In re:

WILLIAM GENE & DAWN RENEE NEAL,     Chapter 13
                                    Case No.: 2:24-bk-01682-FMD
        Debtors.

_____/

## DEBTORS' MOTION TO MODIFY CONFIRMED PLAN

NOTICE OF OPPORTUNITY TO
OBJECT AND REQUEST FOR HEARING

    If you object to the relief requested in this paper you must file a response with the Clerk of Court at United States Courthouse, 801 North Florida Avenue, Suite 555, Tampa, FL 33602 within 21 days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail. If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing. You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.

    COME NOW the Debtors, by and through undersigned counsel and pursuant to 11 U.S.C. § 1329, and move this Court to modify the confirmed plan.

    1.    The Debtors filed bankruptcy on October 31, 2024.

    2.    The Plan was confirmed on June 12, 2025.

    3.    The Order Confirming Plan requires Debtors to pay $2,318.00 for the remaining months of the plan.

4. Since the Plan was confirmed, the Debtor was laid off at the end of October, and the Debtors have still been unable to sell the homestead and are simultaneously paying for rent in Miami.

5. Request is hereby made to modify the confirmed Plan to reduce the monthly payment to $300.00 starting December through February 2026. The case is providing for a 100% distribution to the unsecured creditors, therefore the Debtors' plan will increase once the Debtor secures a new job.

**WHEREFORE** the Debtors respectfully request that the Court enter an order granting the Motion; modifying the Plan as requested herein; and granting such other and further relief as the Court deems appropriate.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 8, 2025, a true and correct copy of the foregoing was served upon **all persons receiving electronic notice via the Court's CM/ECF system in this case**; and by **U.S. first class mail** to all persons listed on the Court's mailing matrix that are not receiving notice by CM/ECF; William Gene & Dawn Renee Neal, 275 SW 6th Street Unit 2008, Miami, FL 33130.

THE DELLUTRI LAW GROUP, P.A.
1436 Royal Palm Square Blvd.
Fort Myers, FL 33919
239-939-0900
239-210-3680 – Dir.
239-939-0588 – Fax
www.DellutriLawGroup.com

*/s/ Carmen Dellutri*
Carmen Dellutri, Esq.
FBN: 0044385
CDellutri@DellutriLawGroup.com

22219.00