## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION
www.flmb.uscourts.gov

In re:  Case No. 2:24-bk-01682-FMR
Chapter 13

William Gene Neal
Dawn Renee Neal

    Debtor(s).
_____/

### TRUSTEE'S OBJECTION TO DEBTORS' MOTION TO MODIFY CONFIRMED PLAN

COMES NOW, DARYL J. SMITH, the Chapter 13 Standing Trustee, by and through his undersigned attorney and hereby files his Objection to the Debtors' Motion to Modify Confirmed Plan (Doc. No. 42) and would show unto the Court the following:

The Trustee needs more information.

Wherefore, the Chapter 13 Trustee respectfully request the Debtors' Motion to Modify Confirmed Plan (Doc. No. 42) be set for a hearing, together with such other and further relief as the Court deems just and proper.

/s/ Michael E. Cecil
Michael E. Cecil, Esquire
Staff Attorney for Chapter 13 Trustee
Florida Bar No. 722855
P.O. Box 25001
Bradenton, Florida 34206-5001
Phone: (941) 747-4644
Fax:     (941) 750-9266

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Trustee's Objection to Debtor's Motion to Modify Confirmed Plan was furnished electronically by CM/ECF services and/or by U.S. mail to **William Gene Neal and Dawn Renee Neal**, Debtors, 275 SW 6th St. Unit 2008, Miami, FL 33130 and **Carmen Dellutri, Esquire**, Attorney for Debtors, The Dellutri Law Group, PA, 1436 Royal Palm Square Blvd, Fort Myers, FL 33919 on this 9th day of December 2025.

/s/ Michael E. Cecil
Michael E. Cecil, Esquire

DJS/MEC/ss